# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLEDITH D. WILSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of the Social )<br>Security Administration, )<br>)<br>Defendant. ) | Case No. CIV-12-47-R |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered December 19, 2012. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED, the decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED for further administrative proceedings.

IT IS SO ORDERED this 8th day of January, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE